UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-CV-82399

WAGNER PONTES LIMA, individually,
and derivatively on behalf of D4U USA
LAW GROUP, LLC,

    Plaintiffs,

v.

Y. KRIS LEE,

    Defendant.
_____/

Y KRIS LEE,

    Third-Party Plaintiff,

v.

D4U USA LAW FIRM, LLC, a Washington
D.C. limited liability company, D4U USA
LAW FIRM LLC, a Florida limited
liabiity company.

    Third-Party Defendants.
_____/

## PLAINTIFF'S WITNESS AND EXHIBIT LIST FOR EVIDENTIARY HEARING

Plaintiff, WAGNER PONTES LIMA (hereinafter as "Plaintiff" or "Mr. Pontes"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure and Court's Order DE 136, hereby files its Witness and Exhibits List for Evidentiary Hearing on Monday, February 26, 2024, at 9:00 a.m., at the United States Courthouse, 701 Clematis Street, Courtroom Six, Third Floor, West Palm Beach, Florida, 33401.

Case No. 20-82399-CIV-SINGHAL/MATTHEWMAN

I. **Fact Witness List**

1. Wagner Pontes Lima

   Mr. Pontes will testify as to Lee's defenses and allegations set forth in her Motion to Enforce Settlement Agreement DE 125.

2. Y. Kris Lee

   Ms. Lee should have knowledge as to the allegations set forth in her Motion to Enforce Settlement Agreement DE 125 and continuous breach of the Settlement Agreement.

3. Any and all witnesses necessary for impeachment and/or rebuttal.

4. Plaintiff reserves the right to object to any and all witnesses listed by Defendant Lee to this action and services the right to amend this schedule of witnesses should additional witnesses be identified prior to the Evidentiary Hearing.

II. **Exhibits List**

1. Settlement Agreement between parties executed March 9, 2022.

2. Defendant Lee's Instagram page @d4uusalaw using D4U logo.

   https://www.instagram.com/d4uusalaw/?hl=en

3. Defendant's Lee Threads' @d4uusalaw page using D4U logo.

   https://www.threads.net/@d4uusalaw

4. Defendant's Lee email address kris@d4uusalawgroup.com using D4U trade name.

5. Defendant's Lee Booking Page for D4U USA Law Group LLC using D4U trade name.

   https://d4uusalaw.setmore.com/

6. Snippet of Booking Policy referring clients to kris@d4uusalawgroup.com

7. Defendant's Lee D4U USA Law Group LLC LinkedIn Page.

   https://www.linkedin.com/company/d4uusalaw/about/

Case No. 20-82399-CIV-SINGHAL/MATTHEWMAN

8. Correspondence dated October 25, 2022, to kris@leetoledolaw.com forwarding Invoice of Deposition of Plaintiff in matter: <u>Fanani, Fany M. adv. Lima, Wagner Pontes</u>, 502020CA011301M.

9. Milestone Reporting Invoice regarding Deposition of Plaintiff in matter: <u>Fanani, Fany M. adv. Lima, Wagner Pontes</u>, Case no. 502020CA011301M.

10. Defendant Fany M Fanani's Motion Omnibus Post-Trial Motion in matter: <u>Fanani, Fany M. adv. Lima, Wagner Pontes</u>, 502020CA011301M – only as to excerpts regarding Witness Y Kris Lee.

11. Message from Kris Lee to Fany Fanani via WhatsApp.

12. Email from Kris Lee to Fany Fanani dated August 6, 2020.

13. Email from Kris Lee to Fany Fanani dated August 4, 2020.

14. Email from Hugo Facundo to Kris Lee dated September 10, 2020.

15. URL Links:

    a. https://www.instagram.com/d4uusalaw/?hl=en

    b. https://www.threads.net/@d4uusalaw

    c. https://www.linkedin.com/company/d4uusalaw/about/

16. Witness Y Kris Lee Testimony Transcript during Jury Trial in matter: <u>Fanani, Fany M. adv. Lima, Wagner Pontes</u>, 502020CA011301M.

17. Any and all prior depositions transcripts of the Defendant's expert witnesses and witnesses.

18. Any and all demonstrative aids.

19. Any and all exhibits, documents and/or evidence listed by the Plaintiff.

20. Any and all other exhibits, documents and/or evidence used for rebuttal purposes.

Case No. 20-82399-CIV-SINGHAL/MATTHEWMAN

21. Plaintiff reserves the right to object to any and all witnesses listed by Defendant Lee to this action and services the right to amend this schedule of witnesses should additional witnesses be identified be identified prior to the Evidentiary Hearing.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2024, I electronically filed the foregoing via the Court's CM/ECF system which will ensure service upon all counsel of record.

>
> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Wagner Pontes Lima*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (786) 268-6489
> Facsimile (305) 373-2294
> Primary e-mail: cody.german@csklegal.com
> Secondary e-mail: erika.agosto@csklegal.com
> Alternate e-mail: tishan.sanchez@csklegal.com
>
> By: *Erika Agosto*
> CODY GERMAN
> Florida Bar No.: 58654
> ERIKA AGOSTO
> Florida Bar No.: 1019695