UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82399-CIV-SINGHAL/MATTHEWMAN

WAGNER PONTES LIMA,
individually, and derivatively on
behalf of D4U USA LAW GROUP,
LLC

    Plaintiffs/Counter-Defendants,

v.

Y. KRIS LEE,

    Defendant/Counter-Claimant,

and

Y. KRIS LEE,

    Third-Party Plaintiff,

v.

D4U USA LAW FIRM, LLC and D4U
USA CONSULTING, LLC,

    Third-Party Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Court's Order granting Defendant/Counter-Claimant/Third-Party Plaintiff Y. Kris Lee's ("Defendant," "Defendant Lee", or "Lee") Motion to Enforce Settlement Agreement as to Lee's request for attorneys' fees and costs incurred in connection with the motion. (DE [207]). The Court referred the matter to Magistrate Judge William Matthewman to set a briefing schedule and determine a reasonable award of attorneys' fees and costs. *Id.* Judge Matthewman set

a briefing schedule, (DE [208]), and Defendant Lee submitted the Corrected Affidavit of Eduardo I. Rasco (DE [210]). Plaintiff/Counter-Defendant Wagner Pontes Lima ("Plaintiff," "Plaintiff Lima," or "Lima") filed an Objection to Defendant's Fee Claim & Corrected Affidavit of Eduardo I. Rasco (DE [212]), and Defendant Lee filed a Reply (DE [213]). On August 19, 2024, Judge Matthewman issued a Report and Recommendation on Y. Kris Lee's Attorneys' Fees and Costs in Connection with Lee's Motion to Enforce Settlement Agreement [DE 125] (DE [215]), recommending that the Court award Defendant Lee a total of $49,420.00 in attorneys' fees and $10,843.37 in costs. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [215]) is **AFFIRMED** and **ADOPTED.**

2. Defendant Lee is awarded, and Plaintiff Lima is taxed, **$49,420.00 in attorneys' fees** and **$10,843.37 in costs** incurred in connection with litigating Defendant Lee's Motion to Enforce Settlement Agreement (DE [125]) for which sum let execution issue.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 11th day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF