UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82399-CIV-SINGHAL/MATTHEWMAN

WAGNER PONTES LIMA,
individually, and derivatively on
behalf of D4U USA LAW GROUP,
LLC,

    Plaintiffs/Counter-Defendants,

vs.

Y. KRIS LEE,

    Defendant/Counter-Claimant,

and

Y. KRIS LEE,

    Third-Party Plaintiff,

vs.

D4U USA LAW FIRM, LLC, and
D4U USA CONSULTING LLC,

    Third-Party Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court on Defendant/Counter-Claimant Y. Kris Lee's ("Defendant") Motion for Order to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court (the "Motion") (DE [211]), which was referred to Magistrate Judge William Matthewman for Report and Recommendation, *see* (DE [123]). Magistrate Judge Matthewman issued a Report and Recommendation (DE [226]) on December 26, 2024, recommending that the Motion be denied. The Court has reviewed the entire file and

record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [226]) is **AFFIRMED** and **ADOPTED.**

2. Defendant/Counter-Claimant Y. Kris Lee's Motion for Order to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court (DE [211]) is **DENIED** as to the issues of the social media retraction and Defendant's attorney's fees request.

3. Defendant/Counter-Claimant Y. Kris Lee's Motion for Order to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court (DE [211]) is **DENIED AS MOOT** to the extent it relates to the dismissal of the Brazilian criminal proceeding.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF